IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 1:13-CR-95 |
| vs. | |
| RYAN POWERS, | |
| Defendant. | |

**REPORT AND RECOMMENDATION DENYING
DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**

On January 25, 2023, the Defendant, Ryan Powers, filed an *Emergency Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)*. (Dkt. #696.) On February 22, 2023, the Government filed a response arguing against the Defendant's release. (Dkt. #698.) On March 7, 2024, this matter was referred to the undersigned United States magistrate judge for review, hearing, and submission of a report with recommended findings of fact and conclusions of law. (Dkt. #703); *see also United States v. Rodriguez*, 23 F.3d 919, 920 n.1 (5th Cir. 1994); 18 U.S.C. § 3401(i) (2000); E.D. Tex. Crim. R. CR-59.

The Bureau of Prisons *Inmate Locator* website shows that Powers was released from BOP custody on April 26, 2024. Accordingly, the undersigned recommends denying Powers' motion as moot.

Pursuant to 28 U.S.C. § 636(b)(1)(c), each party to this action has the right to file objections to this report and recommendation. Objections to this report must: (1) be in writing, (2) specifically identify those findings or recommendations to which the party objects, and (3) be served and filed within fourteen (14) days after being served with a copy of this report, and (4) no more than eight (8) pages in length. *See* 28 U.S.C. § 636(b)(1)(c) (2009); Fed. R. Crim. P. 59(b)(2); E.D. Tex.

1

CRIM. R. CR-59(B). A party who objects to this Report is entitled to a *de novo* determination by the United States District Judge of those proposed findings and recommendations to which a specific objection is timely made. 28 U.S.C. § 636(b)(1)(C); FED. R. CRIM. P. 59(b)(3).

A party's failure to file specific, written objections to the proposed findings of fact and conclusions of law contained in this report, within fourteen (14) days of being served with a copy of this report, bars that party from: (1) entitlement to *de novo* review by the United States District Judge of the findings of fact and conclusions of law, *see Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of any such findings of fact and conclusions of law accepted by the United States District Judge, *see Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc).

SIGNED this 13th day of May, 2024.

_____
Zack Hawthorn
United States Magistrate Judge