# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> § <br> RYAN POWERS, § <br> § <br> *Defendant*. § | **CRIMINAL ACTION NO. 1:13-CR-95** <br> **JUDGE MICHAEL TRUNCALE** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Defendant, Ryan Powers, filed a *pro se Motion for Compassionate Release* pursuant to 18 U.S.C. § 3582 on January 25, 2023. [Dkt. 696.] Pursuant to 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, and a specific referral order [dkt. 703], this motion was referred to United States Magistrate Judge Zack Hawthorn on February 28, 2024. Judge Hawthorn issued a report with recommended findings of fact and conclusions of law stating that Powers' motion should be denied as moot. [Dkt. 704.]

The Court has received and considered the report. The parties have not filed objections to the report and recommendation, and the time for doing so has passed. *See* 28 U.S.C. 636(b)(1). The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, the Report is ADOPTED, and Power's *pro se Motion for Compassionate Release* [dkt. 696] is DENIED.

**SIGNED this 9th day of October, 2024.**

Michael J. Truncale
United States District Judge